

Ryan P. Poscablo
200 Vesey Street, 24th Floor
New York, New York 10080
(212) 660-1030
rposcablo@rshc-law.com

June 11, 2020

By ECF                                            **MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)

Dear Judge Stein:

I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request that the Court modify the conditions of Mr. Brewster's release on bond so as to permit him to travel with his wife, his children, and his parents from his home in Nevada to Washington to visit his sister-in-law and her family. He expects his trip to last from June 18, 2020 to June 25, 2020, when he will return to his residence in Nevada.

Mr. Brewster has discussed his itinerary with his Pretrial Services Officer Alicia Coughlin, who has no objection to this application. AUSA Benet Kearney has indicated that the Government also has no objection to our application.

Thank you very much for your consideration.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan P. Poscablo

cc:   AUSA Benet Kearney, Esq. (by ECF)
      PTSO Alicia Coughlin (by email)

**Application granted.**

**Dated:  New York, New York
          June 11, 2020**

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.