

Ryan P. Poscablo
200 Vesey Street, 24th Floor
New York, New York 10281
(212) 660-1030
rposcablo@rshc-law.com

September 30, 2020

By ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)</u>

Dear Judge Stein:

I am counsel for Cameron Brewster, a defendant in the above-captioned case. I write with two requests, both with the consent of the Government, and the latter also with the consent of Pretrial Services. First, I respectfully request that the Court excuse my client, Cameron Brewster, from attending the pretrial conference currently scheduled before Your Honor on Tuesday, October 13, 2020 at 2:30 p.m. Mr. Brewster is prepared to join the pretrial conference by telephone should the Court believe this to be necessary. Mr. Brewster understands that he has an absolute right to be present and he is voluntarily seeking permission to be excused. If this application is granted, I will advise Mr. Brewster of what occurs during the status conference.

Second, I write to respectfully request that the Court modify the conditions of Mr. Brewster's release on bond to permit him to travel to Idaho and then Colorado from October 3 to October 15, 2020. His trip is both personal and business-related, as he is traveling to visit with his parents in Idaho and then has scheduled business meetings in Colorado. Mr. Brewster has discussed his itinerary with his Pretrial Services Officer, Alicia Coughlin, who has no objection to this application. AUSA Kiersten Fletcher has indicated that the Government also has no objection to our application.

We thank the Court for its consideration.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan P. Poscablo

cc: AUSA Kiersten Fletcher, Esq. (by ECF)
PTSO Alicia Coughlin (by email)

**Both of defendant's requests are granted.**

**Dated: New York, New York**
**September 30, 3030**

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.