

**Ryan P. Poscablo**
200 Vesey Street
New York, New York 10281
(212) 660-1030
rposcablo@rshc-law.com

October 29, 2020

The Honorable Sidney H. Stein                    **MEMO ENDORSED**
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re: United State v. Cameron Brewster Case No. 19-cr-00833 SHS

Dear Judge Stein:

I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request that the Court modify the conditions of Mr. Brewster's release on bond so as to permit him to travel to Colorado for work from his home in Las Vegas from October 31 returning November 8, 2020.

Mr. Brewster has discussed his itinerary with his Pretrial Services Officer Alicia Coughlin, who has no objection to this application. AUSA Kiersten Fletcher has indicated that the Government also has no objection to our application.

Thank you very much for your consideration.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan P. Poscablo

**Request to travel granted.**

**Dated:  New York, New York
          October 29, 2020**

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.