UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                      1:19-cr-00833 (SHS)-4

    -v-

ANTHONY CHEEDIE, ET AL,
                       Defendants.
-------------------------------------------------------x

        WHEREAS, upon the unopposed application of attorney Sandra L. Musumeci for leave to withdraw as the attorney of record in this matter,

        IT IS HEREBY ORDERED that attorney Sandra L. Musumeci of the law firm Riley Safer Holmes & Cancila LLP is granted leave to withdraw as counsel for Defendant Cameron Brewster; and.

        IT IS FURTHER ORDERED that the Clerk of Court shall remove Sandra L. Musumeci from the list of counsel of record for Defendant Cameron Brewster in this case.

Dated: New York, New York  Dec. 16, 2020

SO ORDERED:

                                                                                      Hon. Sidney H. Stein. U.S.D.J.