UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-833 (SHS)

    -against- : ORDER

ANTHONY CHEEDIE, *ET AL.*, :

           Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear argument on defendant Cameron Brewster's motion to suppress [Doc. No. 114] on Tuesday, July 20, 2021, at 2:30 p.m. at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
       July 14, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.