UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-833 (SHS)

    -against-  :  AMENDED ORDER

ANTHONY CHEEDIE, *ET AL.*,  :

               Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear argument on defendant Cameron Brewster's omnibus motion [Doc. No. 114] on Tuesday, July 20, 2021, at 2:30 p.m. at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
       July 14, 2021

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.