UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-833 (SHS)

    -against- : ORDER

ANTHONY CHEEDIE, *ET AL.*, :

              Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hear argument on defendant Cameron Brewster's omnibus motion [Doc. No. 114] and Jennifer Shah's omnibus motion [Doc. No. 259], on July 23 at 10:30 a.m. at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A. The audio number for listen-only mode will be set forth in a separate Order. The argument previously set for July 20 is adjourned.

Dated: New York, New York
       July 15, 2021

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.