Ryan Poscablo
212 506 3921
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

July 19, 2021

**FILED VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re: **United States v. Cameron Brewster Case No. 19-cr-00833 (SHS)**
**Letter Motion to Waive Appearance**

Dear Judge Stein:

I write to respectfully request that the Court excuse my client, Cameron Brewster, from attending the oral argument currently scheduled before Your Honor on Friday, July 23, 2021 at 10:30 a.m. Mr. Brewster is prepared to join the oral argument by telephone.

As the Court is aware, Mr. Brewster does not reside in New York State and would need to travel for the conference from his home in Nevada. The cross-country travel that would be necessary to attend the pretrial conference on short notice would be unduly burdensome.

Mr. Brewster understands that he has an absolute right to be present and he is voluntarily seeking permission to be excused. We thank you for Your Honor's consideration of our request.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan P. Poscablo

cc: AUSA Kiersten Fletcher

Request to waive defendant's appearance at the argument on July 23 is granted.

Dated: New York, New York
July 20, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.