UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,              :         19-Cr-833 (SHS)

            -against-                  :         ORDER

ANTHONY CHEEDIE, *ET AL.*,             :

                  Defendants.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The argument in this matter scheduled for July 23, 2021, at 10:30 a.m. will be held in
Courtroom 23A.  The public may access the audio feed of the conference by dialing 844-291-
5490 and using Access Code 1787987.

Dated: New York, New York
       July 21, 2021

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.