Ryan Poscablo
212 506 3921
rposcablo@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

August 8, 2021

By ECF

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)
     Letter Motion to Waive Appearance

Dear Judge Stein:

I write to respectfully request that the Court excuse my client, Cameron Brewster, from attending the pretrial conference currently scheduled before Your Honor on Tuesday, August 10, 2021 at 2:00 p.m. Mr. Brewster is prepared to join the pretrial conference by telephone.

As the Court is aware, Mr. Brewster does not reside in New York State and would need to travel for the conference from his home in Nevada. The cross-country travel that would be necessary to attend the pretrial conference on short notice would be unduly burdensome.

Mr. Brewster understands that he has an absolute right to be present, and he is voluntarily seeking permission to be excused. If this application is granted, I will advise Mr. Brewster of what occurs during the status conference. We thank you for Your Honor's consideration of our request.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan Poscablo

cc:   All counsel of record by ECF

**Request granted.**

Dated: New York, New York
       August 9, 2021

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.