D. GILBERT ATHAY (0143)
Lawyer for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074

## IN THE UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MOTION FOR JOINDER |
| Plaintiff, | : | |
| vs. | : | |
| STUART SMITH, | : | Case No. S5 19 Cr. 833 (SHS) |
| Defendant. | : | |

The Defendant, Stuart Smith, through his lawyer, D. Gilbert Athay, hereby gives notice that

he joins in defendant Handren's Motion and Incorporated Memorandum of Law In Support Of

Motion to Quash Defendant's Rule 17(C) Subpoena To Non-Party Attorney Samidh Guha

(document 469) docketed on February 22, 2022.

DATED: February 23, 2022.

/s/ D. Gilbert Athay
D. Gilbert Athay
Lawyer for Defendant