**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street,  Suite 400**
**New York, New York 10007**
**scolarilaw@gmail.com**

**TEL 212-227-8899**                                                              **FAX 212-964-2926**

February 23, 2022

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via* ECF

**Re: United States v. Jennifer Shah**
19 Cr. 833 (SHS)

Your Honor

   I received a subpoena for documents relating to my representation of William Sinclair in *United States v William Sinclair*, 17 Cr. 243 (SHS) . (Exhibit A) I write to request leave to join the motion to quash the subpoena filed in *United States v. Jennifer Shah*, 19 Cr. 833 (SHS) by Samidh Guha on behalf of Kevin Handren as the subpoena I received seeks the identical documents and the same legal arguments raised by Mr. Guha apply. (Exhibit B). Mr. Sinclair is not a defendant in Ms. Shah's case but may be called as a witness against her at trial.
   For the reasons stated in the motion, the subpoena is improper and should be quashed.


   Respectfully,

   *Lisa Scolari*

   Lisa Scolari