**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

TEL 212-227-8899　　　　　　　　　　　　　　　　　　　　　　　　FAX 212-964-2926

February 23, 2022

Honorable Sidney H. Stein
United States District Court　　　　　　　**MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via* ECF

**Re: United States v. Jennifer Shah**
19 Cr. 833 (SHS)

Your Honor

I received a subpoena for documents relating to my representation of William Sinclair in *United States v William Sinclair*, 17 Cr. 243 (SHS) . (Exhibit A) I write to request leave to join the motion to quash the subpoena filed in *United States v. Jennifer Shah*, 19 Cr. 833 (SHS) by Samidh Guha on behalf of Kevin Handren as the subpoena I received seeks the identical documents and the same legal arguments raised by Mr. Guha apply. (Exhibit B). Mr. Sinclair is not a defendant in Ms. Shah's case but may be called as a witness against her at trial.

For the reasons stated in the motion, the subpoena is improper and should be quashed.

Respectfully,
*Lisa Scolari*
Lisa Scolari

**The request to join in the motion to quash to subpoena is granted.**

**Dated: New York, New York
　　　February 23, 2022**

SO ORDERED:

*/s/ Sidney H. Stein*

**Sidney H. Stein, U.S.D.J.**