Ryan Poscablo
212 506 3921
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

## MEMO ENDORSED

May 5, 2022

By ECF

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

    Re:    *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

    I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request that the Court modify the conditions of Mr. Brewster's release on bond so as to permit him to travel from his home in Las Vegas, Nevada to Salt Lake City, Utah on business. He expects his trip to last from May 6, 2022 to May 7, 2022, when he will return to his residence in Nevada.

    We have discussed Mr. Brewster's itinerary with his Pretrial Services Officer Jessie Moorehead, who has no objection to this application. AUSA Kiersten Fletcher has indicated that the Government defers to Mr. Brewster's Pretrial Services Officer.

    Thank you very much for your consideration.

Respectfully submitted,

*/s/ Ryan P. Poscablo*

Ryan P. Poscablo

**Defendant's request to travel to Salt Lake City, Utah as set forth above is granted.**

Dated: New York, New York
       May 5, 2022

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.