Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

**MEMO ENDORSED**

May 20, 2022

**Via ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re:   *United States v. Cameron Brewster,* Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request that the Court modify the conditions of Mr. Brewster's release on bond so as to permit him to travel from his home in Las Vegas, Nevada to Salt Lake City, Utah for his daughter's high school graduation. He expects his trip to last from May 23, 2022 to May 25, 2022, when he will return to his residence in Nevada.

We have discussed Mr. Brewster's itinerary with his Pretrial Services Officer Jessie Moorehead, who has no objection to this application. AUSA Kiersten Fletcher has indicated that the Government defers to Mr. Brewster's Pretrial Services Officer.

Thank you very much for your consideration.

Respectfully submitted,

*/s/ Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc:   AUSA Kiersten Fletcher (by ECF)
Pretrial Services Officer Jessie Moorehead (by email)

**Defendant's request to travel is granted.**

Dated: New York, New York
May 23, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.