Ryan Poscablo
212 506 3921
rposcablo@steptoe.com

# Steptoe

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

## MEMO ENDORSED

December 9, 2022

By ECF

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

    Re:    *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

    I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request that the Court modify the conditions of Mr. Brewster's release on bond so as to permit him to travel from his home in Las Vegas, Nevada to Idaho to visit with his parents for the holidays. Mr. Brewster intends to leave Las Vegas on or about December 22, 2022 and return on or before January 3, 2022.

    Mr. Brewster has discussed his itinerary with his Pretrial Services Officer Mariah Bassler, who does not oppose this request. AUSA Sebastian Swett has indicated that the Government defers to Pretrial Services.

    Thank you very much for your consideration.

Respectfully submitted,

Ryan P. Poscablo

Ryan P. Poscablo

cc:  AUSA Sebastian Swett
      Pretrial Services Officer Mariah Bassler

Defendant's request to travel as set forth above is granted.

Dated: New York, New York
      December 9, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

BEIJING    BRUSSELS    CHICAGO    LONDON    LOS ANGELES    NEW YORK    SAN FRANCISCO    WASHINGTON