VICTIM: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   1/6/23

USAO NUMBER 2018R01583

COURT DOCKET NUMBER 19-CR 00833

TO OFFICERS OF THE COURT,

I HAVE SUFFERED CONSIDERABLE DAMAGE TO MY CREDIT AND I WAS REFUSED CREDIT TO REFINANCE MY HOME BY 38 LENDING INSTITUTIONS I AM NOW IN FORECLOSURE AND HAVE ALSO SPENT THOUSANDS OF DOLLARS ON LAWYERS AND CREDIT REPAIR COMPANIES TO TRY TO HELP ME RESTORE MY GOOD CREDIT RATING OF 750 FROM THE LOW SCORE OF 500 CAUSED BY THESE ACTS OF CROOKS.

SINCERELY,

▓▓▓▓▓▓▓▓▓▓▓▓

1/6/23