Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

# Steptoe

## MEMO ENDORSED

The sentencing control date is adjourned to October 26, 2023, at 2:30 p.m. Defendant may travel to Arizona and Texas for business.

April 24, 2023

Dated: New York, New York
April 25, 2023

**Via ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

SO ORDERED:

/s/ Sidney H. Stein

Sidney H. Stein, U.S.D.J.

Re: *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

As the Court is aware, we represent Cameron Brewster, a defendant in the above-captioned case. With the government's consent, we respectfully request the Court to adjourn Mr. Brewster's control date for sentencing from April 26th, 2023, to October 26th, 2023 at 2:30 PM.

In addition, we respectfully request that the Court modify the conditions of Mr. Brewster's release on bond so as to permit him to travel to Arizona and Texas as part of his employment at Vapetasia. In this role, Mr. Brewster will need to travel to visit business partners, current and potential distributors and attend trade shows. We are submitting this request now in the hopes that this will be a more efficient process than seeking a request for every instance in which Mr. Brewster needs to travel to these two states, so as to not burden the Court, the government or pretrial. We have discussed Mr. Brewster's request with his Pretrial Services Officer Mariah Bassler-Wide, who has no objection to this application. AUSA Sheb Swett has indicated that the Government defers to Mr. Brewster's Pretrial Services Officer.

Thank you very much for your consideration.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc: AUSA Sheb Swett (by ECF)
Pretrial Services Officer Mariah Bassler-Wide (by email)