Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

# Steptoe

# MEMO ENDORSED

May 11, 2023

**Via ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re:   *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

I write to respectfully request that the Court modify Mr. Brewster's bail conditions to permit his travel, from May 9 to May 11, 2023 to New Jersey for a trade convention and his travel from May 11 to May 14, 2023 to Atlanta, Georgia to visit with clients. Mr. Brewster received permission from pre-trial services, but due to a mix-up, undersigned counsel failed to make the request of the Government and the Court. I have since informed AUSA Sheb Swett of my mistake and Mr. Brewster's trip and the Government indicated that they defer to pretrial. Mr. Brewster's Pretrial Services Officer Mariah Bassler-Wide has no objection to this application.

Thank you very much for your consideration.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan P. Poscablo, Esq.

cc:   AUSA Sebastian Swett (by ECF)
      Pretrial Services Officer Mariah Bassler-Wide (by email)

**Defendant's request to travel as set forth above is granted.**

Dated: New York, New York
       May 11, 2023

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.