Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

## MEMO ENDORSED

June 12, 2023

<u>Via ECF</u>

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

    Re:    *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

    As the Court is aware, I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request that the Court modify the conditions of Mr. Brewster's release on bond so as to permit him to travel from his home in Las Vegas, Nevada to Los Angeles, California as part of his employment at Vapetasia. He expects his trip to last from June 13, 2023 to June 14, 2023, when he will return to his residence in Nevada.

    We have discussed Mr. Brewster's itinerary with his Pretrial Services Officer Mariah Bassler-Wide, who has no objection to this application. AUSA Sheb Swett has indicated that the Government defers to Mr. Brewster's Pretrial Services Officer.

    Thank you very much for your consideration.

                                                      Respectfully submitted,
                                                      */s/ Ryan P. Poscablo*
                                                      Ryan P. Poscablo, Esq.

cc:    AUSA Sheb Swett (by ECF)
         Pretrial Services Officer Mariah Bassler-Wide (by email)

**Defendant's request to travel as set forth above is granted. Defendant shall provide his travel details to pretrial services.**

Dated: New York, New York
         June 13, 2023                       SO ORDERED:

                                                                             Sidney H. Stein, U.S.D.J.