Ryan P. Poscablo
+1 212 506 3921 direct
rposcablo@steptoe.com



1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

# MEMO ENDORSED, p. 2

December 29, 2023

**Via ECF and E-Mail**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  **Re:** *United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)*

Dear Judge Stein:

  I represent the defendant, Cameron Brewster, in the above referenced case. As Your Honor is aware, sentencing was scheduled by the Court for April 25, 2024. With the Government's consent, I am respectfully requesting an adjournment due to a family conflict during the week of April 22, 2024.

  I have conferred with counsel for the Government, and we respectfully request an adjournment of one or two weeks, to either Thursday, May 2, 2024 or Thursday, May 9, 2024, subject to the Court's availability.

  I thank the Court for its consideration in this matter.

            Respectfully submitted,

            *Ryan P. Poscablo*

            Ryan P. Poscablo, Esq.

cc: Shebb Swett, Esq., Assistant United States Attorney (by ECF)
   Megan Henriquez, Pretrial Services (by email)

**United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)**

**The sentencing is adjourned until May 2, 2024, at 2:30 p.m.**

**Dated: New York, New York
        January 2, 2024**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.