Ryan Poscablo
212 506 3921
rposcablo@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

April 1, 2025

By ECF

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

Re:   *United States v. Cameron Brewster*, Case No. 19-cr-00833 (SHS)

Dear Judge Stein:

I am counsel to Cameron Brewster, a defendant in the above-captioned case. I am writing to respectfully request an adjournment of Mr. Brewster's sentencing currently scheduled for May 7, 2025. Mr. Brewster has experienced significant life events, including the death of his daughter, that require the provision of additional information to the Probation Office before it can complete its final Pre-Sentence Report. We respectfully request the Court adjourn Mr. Brewster's sentencing to the second week of June. This will afford the Probation Office with sufficient time to prepare an amended PSR, will give the parties time to prepare their sentencing submissions, and alleviate scheduling conflicts involving the undersigned. We further respectfully request that the Court Order the following revised deadlines:

- The last day to file the presentence report is extended to May 12, 2025
- The defense sentencing submission is due by May 19, 2025
- The government sentencing submission is due by May 26, 2025

The government, by AUSA Sobelman, consents to this request. Pre-Trial Services takes no position on this request. Thank you very much for the Court's consideration.

Respectfully submitted,

*Ryan P. Poscablo*

Ryan P. Poscablo

cc:   AUSA Robert Sobelman (Via ECF)
      Probation Officer Megan Henriquez (Via Email)

**The schedule as set forth above is granted. The sentencing is adjourned to June 12 at 2:30 p.m.**

**Dated: New York, New York
         April 2, 2025**

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.